1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GUILLERMO VERA,                           CV F   98 5265 OWW LJO P

              Plaintiff,

    v.                                    ORDER DENYING MOTION FOR
                                          RECONSIDERATION (Doc.  242-1)

TULARE COUNTY SHERIFF'S DEPT.,
 et. al.,

              Defendants.
_____/

     On August 25, 2003, this Court entered Judgment and terminated the instant action.

Plaintiff filed a Motion to Vacate Judgment on September 11, 2003, which was denied by the

District Court on April 15, 2005.  August 22, 2003, this Court adopted Findings and

Recommendations that the action be dismissed and the case closed.  Judgment was entered on

August 25, 2003.

     On July 13, 2005, this Court denied Plaintiff's request for reconsideration of its Order

denying the Motion to reopen the case under Rule 60(b) of the Federal Rules of Civil Procedure.

On August 17, 2005, Plaintiff moved for an extension of time to file a Notice of Appeal.

1   Pursuant to the Federal Rules of Appellate Procedure, a timely notice of appeal is filed within

2   thirty days of the date the Judgment or Order is issued.  Fed.R.App.P. 3.  A party may move for

3   an extension of time if he so moves within thirty days after the time for filing a notice of appeal

4   expires, *and* he shows excusable neglect or good cause.  Fed.R.App.P.4(a)(5)(A).

5        In this case, although Plaintiff is within the time frame for making his request for an

6   extension of time, he fails to demonstrate excusable neglect or good cause.  Plaintiff's request is

7   based on his desire to wait "adjudication of his Petition for Rehearing," however, there is no such

8   petition pending in this court.   Even had Plaintiff moved for rehearing this Court, this Court is

9   not an appellate Court and therefore, does not review cases by way of a rehearing.  Moreover,

10  Plaintiff's prior Motions, including a Motion to Vacate Judgment, Motion to Amend its Findings

11  and Motion for Reconsideration have all been denied and Plaintiff has been expressly warned

12  that the Court would entertain no further motions.

13       Accordingly, based on the above, Plaintiff's request for time to file a Petition for

14  Rehearing is DENIED.

15   IT IS SO ORDERED.

16  **Dated:    September 1, 2005**            **/s/ Oliver W. Wanger**
    emm0d6                                  UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28