UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

**FILED**

2005 NOV 18 P 2:57

CLERK, US DIST. COURT
CALIF
BY_____
DEPUTY

| | |
|---|---|
| GUILLERMO VERA,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>TULARE COUNTY SHERIFF DEPARTMENT; et al.,<br><br>    Defendants - Appellees. | No. 05-17108<br>D.C. No. CV-98-05265-OWW<br><br>**ORDER** |

This appeal has been taken in good faith     [ ]

This appeal is not taken in good faith     [X]

Explanation: _No issues on merits or reconsideration debatable among jurists of reason_

_____
Judge
United States District Court

Date: _____